**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC, <br><br> *Plaintiff*, <br><br> vs. <br><br> ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD. and ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG) CO., LTD., <br><br> *Defendants*. | Civil Action No. 2:20-cv-00119 <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Fundamental Innovation Systems International LLC ("Fundamental"), by and through its undersigned counsel, hereby certifies that Fundamental is a wholly owned subsidiary of Fundamental Innovation Systems International Holdings LLC and no publicly held corporation owns 10% or more of Fundamental's stock.

Dated:  April 23, 2020

*/s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
Mann Tindel Thompson
300 W Main Street
Henderson, TX 75652
Tel:  (903) 657-8540

Edward J. DeFranco (pro hac vice forthcoming)
eddefranco@quinnemanuel.com
Brian P. Biddinger (admitted in this District)
NY Bar No. 4479382
brianbiddinger@quinnemanuel.com
Joseph Milowic III (pro hac vice forthcoming)
NY Bar No. 4622221
josephmilowic@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel. (212) 849-7000
Fax (212) 849-7100

Kevin P.B. Johnson (admitted in this District)
CA Bar No. 177129
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel. (650) 801-5000
Fax (650) 801-5100

*Attorneys for Plaintiff Fundamental Innovation Systems International LLC*
