Revised: 9/3/2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
<u>  Marshall  </u> DIVISION

## APPLICATION TO APPEAR PRO HAC VICE

APPROVED
By JillVeazey at 10:43 am, May 08, 2020

1. This application is being made for the following: Case # <u>2:20-cv-00119</u>
Style/Parties: <u>Fundamental Innovation Systems International, LLC v. OnePlus Technology (Shenzhen)</u>
2. Applicant is representing the following party/ies: <u>Fundamental Innovation Systems International LLC</u>
3. Applicant was admitted to practice in <u>New York</u> (state) on <u>08/16/2018</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⦿has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⦿has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⦿has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
<u>NY State Court, Third Department</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>David Hubbard</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>05/07/2020</u>    Signature <u>/s/ David Hubbard</u> (/s/Signature)

**Application Continued on Page 2**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): David Hubbard
Bar Number /State: 5615547/NY
Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
Address/P.O. Box: 51 Madison Avenue, 22nd Fl.
City/State/Zip: New York, New York 10010
Telephone #: 212-849-7117
Fax #: 212-849-7100
E-mail Address: davidhubbard@quinnemanuel.com
Secondary E-Mail Address:

This application has been approved for the court on: 5/8/20

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _Jill Veazey_
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

**Email Application**