# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL LLC, *Plaintiff*, vs. ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD. and ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG) CO., LTD., *Defendants*. | Civil Action No. 20-cv-00119-JRG **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Fundamental Innovation Systems International LLC hereby provides notice of the dismissal with prejudice of this action against Defendants OnePlus Technology (Shenzhen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd.

Dated:  July 27, 2020

*/s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
Mann Tindel Thompson
300 W Main Street
Henderson, TX 75652
Tel:  (903) 657-8540

Edward J. DeFranco (admitted pro hac vice)
eddefranco@quinnemanuel.com
Brian P. Biddinger (admitted in this District)
NY Bar No. 4479382
brianbiddinger@quinnemanuel.com
Joseph Milowic III (admitted pro hac vice)
NY Bar No. 4622221
josephmilowic@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel. (212) 849-7000
Fax (212) 849-7100

Kevin P.B. Johnson (admitted in this District)
CA Bar No. 177129
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel. (650) 801-5000
Fax (650) 801-5100

*Attorneys for Plaintiff Fundamental Innovation Systems International LLC*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on this 27th day of July, 2020.

           */s/ J. Mark Mann*
           **J. Mark Mann**

- 3 -