# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FUNDAMENTAL INNOVATION SYSTEMS INTERNATIONAL, LLC, | § § § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00119-JRG |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO. LTD., ONEPLUS MOBILE COMMUNICATIONS (GUANGDONG)CO., LTD., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Fundamental Innovation Systems International LLC's ("Fundamental") Notice of Dismissal with Prejudice. (Dkt. No. 11.) In the same, Fundamental dismisses its claims against the Defendants OnePlus Technology (Shenzhen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd. with prejudice pursuant to Rule 41(a)(l)(A)(i). Having considered the same, the Court is of the opinion that it should be and hereby is **APPROVED**.

The Court therefore **RECOGNIZES** that Fundamental's claims against Defendants OnePlus Technology (Shenzhen) Co., Ltd. and OnePlus Mobile Communications (Guangdong) Co., Ltd. are **DISMISSED WITH PREJUDICE**. The clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Jul 27, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE